582

360 A.2d 674
Commonwealth v. Perry, Appellant.

Argued June 15, 1976. Michael J. Stack, Jr., with him Stack, Ginley & Gallagher, for appellant; John M. DiDonato, Assistant District Attorney, with him F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

360 A.2d 673
Commonwealth v. Richmond, Appellant.

Argued June 14, 1976. Edward F. Browne, Jr., Assistant Public Defender, with him Penn B. Glazier, Assistant Public Defender, for appellant; Michael H. Ranck, Assistant District Attorney, and D. Richard Eckman, District Attorney, submitted a brief for Commonwealth, appellee.

Judgment of sentence affirmed.